LANZONE MORGAN, LLP
Jomo K. Stewart, SBN 197560
5001 Airport Plaza Drive, Suite 210
Long Beach, California 90815
Telephone: 562-596-1700
jks@lanzonemorgan.com
Attorneys for Plaintiffs YOLANDA and DANIEL SANCHEZ

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
KATHRYN J. ZOGLIN, Senior Deputy City Attorney (121187)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
E-Mail Address: cao.main@sanjoseca.gov
Attorneys for Defendant CITY OF SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHEN DISTRICT OF CALIFORNIA
## SAN JOSE COURTHOUSE

| | |
|---|---|
| YOLANDA SANCHEZ, an individual; and DANIEL SANCHEZ, an individual;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SANTA CLARA; KITINA MARTIN; individually and in her official capacity as an employee of Santa Clara County; CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; and DOES 1 through 20;<br><br>Defendants. | Case No.: 18-CV-01871 EJD (NC)<br>MODIFIED<br>**JOINT STIPULATION FOR DISMISSAL**<br><br>APPROVED<br>Judge Edward J. Davila<br>10/24/2018 |

---

JOINT STIPULATION FOR DISMISSAL                    Case No: 18-cv-01871 EJD (NC)

1

The parties to this action, acting through counsel hereby stipulate to the Dismissal of this action with prejudice against the CITY OF SAN JOSE and SAN JOSE POLICE DEPARTMENT, including all claims stated herein, with each party to bear its own attorney's fees and costs. Plaintiffs waive the right to bring any action against any San Jose police officer or other employee of the City of San Jose regarding the incidents and claims stated and/or referred to in the above-entitled action. The protective order shall remain in effect.

THE CLERK SHALL CLOSE THE FILE AND TERMINATE ALL RELATED DEADLINES/HEARINGS.

LANZONE MORGAN, LLP

Dated: October 24, 2018   By: _____
Jomo K. Stewart, Esq.
Attorneys for Plaintiffs

Dated: October 24, 2018   By: _____
Yolanda Sanchez
Plaintiff

Dated: October 24, 2018   By: _____
Daniel Sanchez
Plaintiff

Dated: October 24, 2018

RICHARD DOYLE
CITY ATTORNEY

By: /s/ Kathryn J. Zolin
KATHRYN J. ZOLIN
Senior Deputy City Attorney

Attorneys for Defendants CITY OF SAN JOSE and SAN JOSE POLICE DEPARTMENT